**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMED AL ADAHI, | **:** | |
| | **:** | |
| Petitioner, | **:** | |
| | **:** | |
| v. | **:** | Civil Action No. 05-280 (GK) |
| | **:** | |
| BARACK OBAMA, *et al.,* | **:** | |
| | **:** | |
| Respondents. | **:** | |

## ORDER

On June 18, 2009, this Court issued an Order that Petitioner Al-Adahi's testimony should be presented in a courtroom open to the public and press. For the reasons which the Court fully explained in an on-the-record telephone conference with counsel, the Court feels compelled to rescind that Order. However, it is further

**ORDERED**, that if and when any Petitioner testifies, a transcript shall be prepared immediately and shall be reviewed and redacted by the appropriate agency within a 24 hour period; and it is further

**ORDERED**, that the Government, through the appropriate agency, videotape any such testimony and maintain copies of the complete testimony as given, as well as a redacted version of that testimony.

June 19, 2009

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**